# Order

Michigan Supreme Court
Lansing, Michigan

November 9, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143685

DAVID P. LAKIN,

       Petitioner-Appellant,

v

       SC: 143685
       CoA: 305154

DEPARTMENT OF CORRECTIONS,

       Respondent-Appellee.

_____

       On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of September 15, 2011, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2011

jam

_____
Clerk